

## 11TH COURT OF APPEALS
### EASTLAND, TEXAS
### JUDGMENT

Sheryl Taylor,

Vs. No. 11-13-00207-CV

State of Texas and Texas
Department of Criminal Justice,

\* From the 104th District Court
  of Taylor County,
  Trial Court No. 25,410-B.

\* July 23, 2015

\* Memorandum Opinion by Wright, C.J.
  (Panel consists of: Wright, C.J.,
  Willson, J., and Bailey, J.)

This court has inspected the record in this cause and concludes that there is no error in the order below. Therefore, in accordance with this court's opinion, the order of the trial court is in all things affirmed. The costs incurred by reason of this appeal are taxed against Sheryl Taylor.